UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| THERESA DELGADO | : | |
| Debtor | : | BANKRUPTCY NO. 24-12107-pmm |
| | : | |

PRAECIPE WITHDRAWING PROOF OF CLAIM NUMBER 6
FILED BY PHILADELPHIA GAS WORKS

Kindly mark as withdrawn Philadelphia Gas Works Proof of Claim Number 6 in the amount of $120.25. Philadelphia Gas Works Claim #6 was filed on July 24, 2024.

PHILADELPHIA GAS WORKS

/s/ Pearl Pham
Pearl Pham,
Senior Attorney
Philadelphia Gas Works
800 West Montgomery Avenue
Philadelphia, PA  19122
(215) 684-6227 (phone)
(215) 684-6798 (FAX)
pearl.pham@pgworks.com

September 11, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :         CHAPTER 13
THERESA DELGADO                                     :
       Debtor                                      :         BANKRUPTCY NO. 24-12107-pmm

CERTIFICATION OF SERVICE

I, Pearl Pham, attorney for Philadelphia Gas Works, hereby certify that I have served the Philadelphia Gas Works' Praecipe to Withdraw Proof of Claim #6 on the following date by the means designated below on the date set forth below, upon all parties including the following:

VIA ECF

STEPHEN MATTHEW DUNNE, ESQ.
Dunne Law Offices, P.C.
1515 Market Street
Philadelphia, PA 19102
215-551-7109

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
215-627-1377

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
(215)597-4411

Dated: September 11, 2024          /s/ Pearl Pham
                                              Pearl Pham
                                              Senior Attorney
                                              Philadelphia Gas Works
                                              800 West Montgomery Avenue
                                              Philadelphia, PA  19122
                                              (215) 684-6227
                                              pearl.pham@pgworks.com